**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Carole Bonde, | **Civil Action No.  10-cv-1552 (PAM/AJB)** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Law Offices of Mitchell N. Kay, P.C., and Concetta Doe, | |
| Defendants. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**BARRY & SLADE, LLC**

Dated:   December 10, 2010          By   s/Peter F. Barry
  Peter F. Barry (#0266577)
Attorneys for Plaintiff
2021 East Hennepin, Suite 195
Minneapolis, MN  55413
612-379-8800
612-379-8810 – fax
pbarry@lawpoint.com

**BASSFORD REMELE,** *A Professional Association*

Dated:   December 6, 2010          By   s/Michael A. Klutho
Michael A. Klutho (License #186302)
Attorneys for Defendant
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota  55402-3707
(612) 333-3000
(612) 333-8829
mklutho@bassford.com