UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carole Bonde,　　　　　　　　　　　　　　　Civil Action No.  10-cv-1552 (PAM/AJB)

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Law Offices of Mitchell N. Kay, P.C.,
and Concetta Doe,

　　　　Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT


Dated: December 15, 2010　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　Judge of United States District Court